**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MELISSA ANNETTE PERSON ) | Case No. 22−31425−KLP |
| ) | Chapter 7 |
| Debtor ) | |

**RESCISSION OF REAFFIRMATION AGREEMENT**

COMES NOW the Debtor, by counsel, and hereby RESCINDS the Reaffirmation Agreement filed herein by Ally Bank (Docket No. 12).

MELISSA ANNETTE PERSON

By: /s/ James E. Kane
     Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
P.O. Box 508
Richmond, VA 23218
(804) 225-9500 (phone)
(804) 225-9598 (fax)
jkane@kaneandpapa.com
*Counsel for Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2022, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof.

/s/ James E. Kane
Counsel for Debtor